IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

vs.                                    Case No.  3:23-MJ-455

JYAHMEER BOGGAN,            :    District Judge Thomas M. Rose

    Defendant-Appellee.

---

### ENTRY SETTING BRIEFING SCHEDULE ON MERITS OF APPEAL

---

    The Government has filed an Appeal of Order Setting Conditions of Release (Doc. No. 13) opposing Defendant's release on bond during the pendency of this case matter.  It is the order of this Court that the Government file their Brief in Support of his appeal, not later than seven (7) days from date (or not later than 7 days following the filing of a transcript of the proceedings below, a transcript which it is the Government's responsibility to order and cause to be filed), followed not later than seven (7) days thereafter by the Defendant's Brief.  The Government will then have seven (7) days following date of receipt of the Defendant's submission, to file whatever reply memorandum is deemed necessary.

**Dated:** *November 7, 2023*

                                                      Thomas M. Rose, Judge
                                                      United States District Court