# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-mj-455 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| JYAHMEER BOGGAN, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This case came before the Court on November 9, 2023 for a preliminary hearing. Attorney Ryan Saunders participated on behalf of the Government. Defendant was present at the hearing and was represented by Attorney Cheryll Bennett. Upon the testimony and evidence presented, the Court finds there is probable cause to believe Defendant committed the offense(s) alleged in the complaint and orders that Defendant be bound over to the Grand Jury to answer to the charge(s).

**IT IS SO ORDERED.**

November 9, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge